UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 5:06CR00200-2

RAFIL ATIEH

NORMAN A. MORDUE, CHIEF U.S. DISTRICT JUDGE

## MODIFICATION ORDER

In light of the U.S. Probation Office financial investigation, this Court finds the current restitution order is excessively punitive. The Court deems it appropriate that the schedule of restitution payments be modified as follows:

1. The offender shall make minimum monthly installment payments of 15% of his gross income.

If the offender's future financial endeavors allows him to increase the payments, the U.S. Probation Office will notify this Court of the need for the increase. All other terms of the original judgment remain the same.

SO ORDERED.

Dated: July 23, 2010
Syracuse, New York

Honorable Norman A. Mordue
Chief U.S. District Judge

FILED JUL 23 2010
Lawrence K. Baerman, Clerk - Syracuse